| | | | |
|---|---|---|---|
| In re E.T. | 111,971 | Denied ............ 06/29/2015 | Unpublished |
| In re Estate of Culver | 110,265 | Denied ............ 07/24/2015 | Unpublished |
| In re Estate of Sulzman | 111,368 | Denied ............ 09/14/2015 | Unpublished |
| In re J.T.J. | 112,345 | Denied ............ 07/21/2015 | Unpublished |
| In re K.G. | 112,115 | Denied ............ 10/07/2015 | Unpublished |
| In re M.T.S. | 112,776 | Denied ............ 07/27/2015 | Unpublished |
| In re Marriage of Anjard | 109,797 | Denied ............ 08/20/2015 | Unpublished |
| In re Marriage of Anjard | 109,812 | Denied ............ 08/20/2015 | Unpublished |
| In re Marriage of Einsel | 110,559 | Denied ............ 08/20/2015 | Unpublished |
| In re Marriage of Johnson | 110,498 | Denied ............ 07/22/2015 | 50 Kan. App. 2d 687 |
| In re Marriage of Monslow | 109,788 | Denied ............ 07/24/2015 | Unpublished |
| In re Marriage of Okpala & Chigbo | 110,930 | Denied ............ 07/24/2015 | Unpublished |
| In re Marriage of Smith | 109,901 | Denied ............ 07/22/2015 | Unpublished |
| In re Tax Appeal of Krueger | 111,216 | Denied ............ 07/24/2015 | Unpublished |
| In re Tax Protest of Barker | 111,108 | Denied ............ 06/29/2015 | Unpublished |
| In re Tax Protest of Barker | 110,309 | Denied ............ 06/29/2015 | 50 Kan. App. 2d 375 |
| In re Todd | 110,958 | Denied ............ 08/26/2015 | Unpublished |
| Jensen v. Johnson County, Kansas | 110,752 | Denied ............ 09/24/2015 | Unpublished |
| John M. Denman Oil Co. v. Kansas Corporation Comm'n | 110,861 | Denied ............ 09/24/2015 | 51 Kan. App. 2d 98 |
| Johnson v. Kansas Employment Security Bd. of Review | 110,275 | Denied ............ 06/29/2015 | 50 Kan. App. 2d 606 |
| Johnson v. State | 110,317 | Denied ............ 07/24/2015 | Unpublished |
| Jones v. State | 111,004 | Denied ............ 08/20/2015 | Unpublished |
| Jones v. State | 110,377 | Denied ............ 07/24/2015 | Unpublished |
| Keiswetter v. State | 110,610 | Granted ............ 10/07/2015 | Unpublished |
| Kerestessy v. State | 110,432 | Denied ............ 07/24/2015 | Unpublished |
| Kraus v. State | 111,264 | Denied ............ 09/14/2015 | Unpublished |
| Lumley v. State | 110,476 | Denied ............ 08/04/2015 | Unpublished |
| Lyons v. State | 111,675 | Denied ............ 09/14/2015 | Unpublished |
| Macomber v. Kansas Dept. of Corrections | 112,244 | Denied ............ 07/27/2015 | Unpublished |
| Marquez v. Kansas Dept. of Corrections | 111,327 | Denied ............ 10/07/2015 | 50 Kan. App. 2d 983 |
| May v. Kansas Dept. of Corrections | 111,979 | Denied ............ 07/27/2015 | Unpublished |
| McCorkendale v. State | 110,057 | Denied ............ 07/21/2015 | Unpublished |
| McCracken v. State | 111,619 | Denied ............ 07/22/2015 | Unpublished |
| McManis v. Superior Industries | 109,667 | Denied ............ 06/29/2015 | Unpublished |
| Merryfield v. Kansas Dept. of Aging & Disability Services | 111,204 | Denied ............ 08/20/2015 | Unpublished |
| Midwest Trust Co. v. Brinton | 110,670 | Denied ............ 07/22/2015 | Unpublished |
| Mitchell v. State | 110,900 | Denied ............ 08/20/2015 | Unpublished |